DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features on back.

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank    03-7615
0360

Check Date 12/11/2019    Check Number Memo

Pay   No Dollars and No Cents    $*************

To the Order of:    1   50
                    0067  -99987680    PAY ONLY 0 00 ZERO CTS CTS

**Andrew G Olson Jr**    NON NEGOTIABLE
1372 Folly Road
Warrington, PA 18976

Authorized Signature

VOID

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**    Payroll Account 1235 Hamilton Street
Philadelphia, PA 19123

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Company | Period Begin | Division | | | | | |
| 1361 | 12/1/2019 | | | | | | |
| Number | Period End | Branch | | | | | |
| 0067 | 12/7/2019 | 1 | | | | | |
| Social Security # | Check Date | Department | | | | | |
| | 12/11/2019 | 50 | | | | | |
| Hire Date | Check Number | Team | | | | | |
| 1/1/1990 | -99987680 | | | | | | |

### Earnings | | | | | ### Deductions | | |
| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date | Description | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 3.00 | 172.65 | 20034.97 | Fed (S/0) (1686.40) | 275.29 | 16088.06 |
| Reg Out Phila | | 57.55 | 25.00 | 1438.75 | 71877.81 | OASDI (1686.40) | 104.56 | 6252.01 |
| OT In Phila | | | | | 635.93 | Medicare (1686.40) | 24.45 | 1462.19 |
| OT Out Phila | | | | | 2494.81 | PA (SM/0) (1686.40) | 51.77 | 3095.79 |
| Zone($) In Phila | | | | | 1128.56 | PA EE SUI(100838.72) | 1.01 | 60.51 |
| Zone($) Out Phila | | 57.55 | 0.00 | 75.00 | 4666.64 | Philadelphia Non-Res.(172.65) | 5.95 | 742.27 |
| | | | | | | Warrington Res-Bucks(1513.75 | 15.14 | 790.42 |
| | | | | | | Warrington LST(1686.40) | | 52.00 |
| | | | | | | Checking1-Net Pay | 1192.25 | 71046.64 |
| | | | | | | Misc | | -1122.22 |
| | | | | | | Vehicle Ded | 15.00 | 750.00 |
| **Total Earnings** | | | | | | **Total Deductions** | | |
| **NET PAY** | | | **Total Direct Deposits** | | | **Check Amount** | | |

**The Penn City Elevator Co. Inc**

Citizens Bank
03-7615
0360

Check Date 12/11/2019    Check Number    Memo

$************

Pay ********************************

To the Order of:
1    50    0067    -99987680

**Andrew G Olson Jr**    NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**

| Company | Period Begin | Division |
|---|---|---|
| 1361 | 12/1/2019 | |
| Number | Period End | Branch |
| 0067 | 12/7/2019 | 1 |
| Social Security # | Check Date | Department |
| | 12/11/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987680 | |

**Earnings** | | | | | | **Deductions** | |
---|---|---|---|---|---|---|---
Description | Location / Job | Rate | Hours | Current | Year To Date | Description | Current | Year To Date
 | | | | | | Welfnd | 0.98 | 54.02
Total Earnings | | | 28.00 | 1686.40 | 100838.72 | Total Deductions | 1686.40 | 99271.69
NET PAY | | | 1192.25 | Total Direct Deposits | 1192.25 | Check Amount | 0.00 | 1567.03

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank

03-7615
0360

Check Date 12/4/2019      Check Number Memo

Pay    No Dollars and No Cents

$ * * * * * * * * * * * *

To the Order of:
1    50

0067   -99987703    PAY ONLY 0 00 ZERO CTS CTS

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**

**The Penn City Elevator Co. Inc**

Payroll Account 1235 Hamilton Street
Philadelphia, PA 19123

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 1361 | 11/24/2019 | |
| Number | Period End | Branch |
| 0067 | 11/30/2019 | 1 |
| Social Security # | Check Date | Department |
| | 12/4/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987703 | |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 11.50 | 661.83 | 19862.32 |
| Reg Out Phila | | 57.55 | 20.50 | 1179.78 | 70439.06 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2494.81 |
| Zone($) In Phila | | | | | 1128.56 |
| Zone($) Out Phila | | 57.55 | 0.00 | 45.00 | 4591.64 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0)  (1886.61) | 323.22 | 15812.77 |
| OASDI (1886.61) | 116.97 | 6147.45 |
| Medicare (1886.61) | 27.36 | 1437.74 |
| PA (SM/0)  (1886.61) | 57.92 | 3044.02 |
| PA EE SUI(99152.32) | 1.13 | 59.50 |
| Philadelphia Non-Res.(661.83) | 22.82 | 736.32 |
| Warrington Res-Bucks(1224.78) | 12.25 | 775.28 |
| Warrington LST(1886.61) | | 52.00 |
| Checking1-Net Pay | 1308.82 | 69854.39 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 735.00 |

| Total Earnings | | Total Deductions | |
|---|---|---|---|
| **NET PAY** | **Total Direct Deposits** | **Check Amount** | |

**The Penn City Elevator Co. Inc**

Citizens Bank

03-7615
0360

Check Date 12/4/2019     Check Number  Memo

$***********

Pay ******************************

To the Order of:

1      50        0067   -99987703

**Andrew G Olson Jr**             NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**                **The Penn City Elevator Co. Inc**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 1361 | 11/24/2019 | |
| Number | Period End | Branch |
| 0067 | 11/30/2019 | 1 |
| Social Security # | Check Date | Department |
| | 12/4/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987703 | |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| | | | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Welfnd | 1.12 | 53.04 |

| | | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 32.00 | 1886.61 | 99152.32 | Total Deductions | 1886.61 | 97585.29 |
| NET PAY | | 1308.82 | **Total Direct Deposits** | | 1308.82 | **Check Amount** | 0.00 | 1567.03 |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank    03-7615
                 0360

Check Date 11/27/2019    Check Number Memo

Pay  No Dollars and No Cents    $************

To the Order of:
1   50
0067  -99987726
**Andrew G Olson Jr**    NON NEGOTIABLE
1372 Folly Road
Warrington, PA 18976

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**    Payroll Account 1235 Hamilton Street Philadelphia, PA 19123

| | | |
|---|---|---|
| Company 1361 | Period Begin 11/17/2019 | Division |
| Number 0067 | Period End 11/23/2019 | Branch 1 |
| Social Security # | Check Date 11/27/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987726 | Team |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 4.50 | 258.98 | 19200.49 |
| Reg Out Phila | | 57.55 | 18.00 | 1035.90 | 69259.28 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2494.81 |
| Zone($) In Phila | | | | | 1128.56 |
| Zone($) Out Phila | | 57.55 | 0.00 | 75.00 | 4546.64 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1369.88) | 205.65 | 15489.55 |
| OASDI (1369.88) | 84.93 | 6030.48 |
| Medicare (1369.88) | 19.86 | 1410.38 |
| PA (SM/0) (1369.88) | 42.06 | 2986.10 |
| PA EE SUI(97265.71) | 0.82 | 58.37 |
| Philadelphia Non-Res.(258.98) | 8.93 | 713.50 |
| Warrington Res-Bucks(1110.90) | 11.11 | 763.03 |
| Warrington LST(1369.88) | 1.00 | 52.00 |
| Checking1-Net Pay | 979.73 | 68545.57 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 720.00 |

Total Earnings    Total Deductions
**NET PAY**    Total Direct Deposits    **Check Amount**

**The Penn City Elevator Co. Inc**

Citizens Bank

03-7615
0360

Check Date 11/27/2019    Check Number    Memo

$ ************

Pay *******************************

To the Order of:
1    50    0067    -99987726

**Andrew G Olson Jr**    NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 1361 | 11/17/2019 | |
| Number | Period End | Branch |
| 0067 | 11/23/2019 | 1 |
| Social Security # | Check Date | Department |
| | 11/27/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987726 | |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| | | | | | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Welind | 0.79 | 51.92 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 22.50 | 1369.88 | 97265.71 |
| NET PAY | | | 979.73 | | |

Total Deductions   1369.88   95698.68
Total Direct Deposits   979.73   Check Amount   0.00   1567.03

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank    03-7615 / 0360

Check Date 11/20/2019    Check Number    Memo

Pay  **No Dollars and No Cents**    $************

To the Order of:    1    50    0067   -99987763    ▶ PAY ONLY ZERO 00 CTS CTS

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**    Payroll Account 1235 Hamilton Street Philadelphia, PA 19123

| | | |
|---|---|---|
| Company 1361 | Period Begin 11/10/2019 | Division |
| Number 0067 | Period End 11/16/2019 | Branch 1 |
| Social Security # | Check Date 11/20/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987763 | Team |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 8.50 | 489.18 | 18941.51 |
| Reg Out Phila | | 57.55 | 21.50 | 1237.33 | 68223.38 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | 97.84 | 3.00 | 293.51 | 2494.81 |
| Zone($) In Phila | | 57.55 | 0.00 | 30.00 | 1128.56 |
| Zone($) Out Phila | | 57.55 | 0.00 | 45.00 | 4471.64 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (2095.02) | 373.24 | 15283.90 |
| OASDI (2095.02) | 129.89 | 5945.55 |
| Medicare (2095.02) | 30.38 | 1390.52 |
| PA (SM/0) (2095.02) | 64.32 | 2944.04 |
| PA EE SUI(95895.83) | 1.26 | 57.55 |
| Philadelphia Non-Res.(519.18) | 17.90 | 704.57 |
| Warrington Res-Bucks(1575.84) | 15.76 | 751.92 |
| Warrington LST(2095.02) | 1.00 | 51.00 |
| Checking1-Net Pay | 1445.11 | 67565.84 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 705.00 |

Total Earnings    Total Deductions
**NET PAY**    Total Direct Deposits    **Check Amount**

DO NOT ACCEPT without observing presence of Artificial watermark or back. Features are listed on back.

**The Penn City Elevator Co. Inc**

Citizens Bank

03-7615
0360

Check Date 11/20/2019    Check Number Memo

$ * * * * * * * * * * *

Pay *********************************

To the Order of:
1    50        0067   -99987763
**Andrew G Olson Jr**           NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**

| | | |
|---|---|---|
| Company 1361 | Period Begin 11/10/2019 | Division |
| Number 0067 | Period End 11/16/2019 | Branch 1 |
| Social Security # | Check Date 11/20/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987763 | Team |

**Earnings**

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|

**Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Welfnd | 1.16 | 51.13 |

| | | | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 33.00 | 2095.02 | 95895.83 | Total Deductions | 2095.02 | 94328.80 |
| NET PAY | 1445.11 | | Total Direct Deposits | | 1445.11 | Check Amount | 0.00 | 1567.03 |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank   03-7615
                0360

Check Date 11/6/2019    Check Number Memo

Pay  No Dollars and No Cents    $************

To the Order of:
1    50
0067  -99987809    PAY ONLY 0 00 ZERO CTS CTS

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**    Payroll Account 1235 Hamilton Street Philadelphia, PA 19123

| | | |
|---|---|---|
| Company 1361 | Period Begin 10/27/2019 | Division |
| Number 0067 | Period End 11/2/2019 | Branch 1 |
| Social Security # | Check Date 11/6/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987809 | Team |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 5.00 | 287.75 | 18135.80 |
| Reg Out Phila | | 57.55 | 20.00 | 1151.00 | 65403.42 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2201.30 |
| Zone($) In Phila | | 57.55 | 0.00 | 15.00 | 1098.56 |
| Zone($) Out Phila | | 57.55 | 0.00 | 60.00 | 4351.64 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1513.75) | 237.30 | 14566.43 |
| OASDI (1513.75) | 93.85 | 5693.26 |
| Medicare (1513.75) | 21.95 | 1331.51 |
| PA (SM/0) (1513.75) | 46.47 | 2819.11 |
| PA EE SUI(91826.65) | 0.91 | 55.11 |
| Philadelphia Non-Res.(302.75) | 10.44 | 675.76 |
| Warrington Res-Bucks(1211.00) | 12.11 | 719.58 |
| Warrington LST(1513.75) | 1.00 | 49.00 |
| Checking1-Net Pay | 1073.84 | 64748.27 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 675.00 |

Total Earnings    Total Deductions
**NET PAY**    Total Direct Deposits    **Check Amount**

**The Penn City Elevator Co. Inc**

Citizens Bank  
03-7615  
0360

Check Date 11/6/2019     Check Number Memo

$ * * * * * * * * * * * *

Pay *******************************

To the Order of:  
1    50    0067   -99987809  
**Andrew G Olson Jr**         NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**                     **The Penn City Elevator Co. Inc**

| | | |
|---|---|---|
| Company 1361 | Period Begin 10/27/2019 | Division |
| Number 0067 | Period End 11/2/2019 | Branch 1 |
| Social Security # | Check Date 11/6/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987809 | Team |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| | | | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Welfnd | 0.88 | 48.81 |

| | | | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 25.00 | 1513.75 | 91826.65 | Total Deductions | 1513.75 | 90259.62 |
| NET PAY | | | 1073.84 | Total Direct Deposits | 1073.84 | Check Amount | 0.00 | 1567.03 |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank

03-7615
0360

Check Date 10/30/2019    Check Number Memo

$************

Pay  No Dollars and No Cents

To the Order of:
1    50
0067    -99987833

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

PAY ONLY 0 00 ZERO CTS CTS

NON NEGOTIABLE

Authorized Signature

VOID VOID VOID VOID VOID

---

**Andrew G Olson Jr**

Company: 1361
Number: 0067
Social Security #:
Hire Date: 1/1/1990

Period Begin: 10/20/2019
Period End: 10/26/2019
Check Date: 10/30/2019
Check Number: -99987833

Division:
Branch: 1
Department: 50
Team:

**The Penn City Elevator Co. Inc**

Payroll Account 1235 Hamilton Street
Philadelphia, PA 19123

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 5.00 | 287.75 | 17848.05 |
| Reg Out Phila | | 57.55 | 18.50 | 1064.68 | 64252.42 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2201.30 |
| Zone($) In Phila | | 57.55 | 0.00 | 15.00 | 1083.56 |
| Zone($) Out Phila | | 57.55 | 0.00 | 45.00 | 4291.64 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1412.43) | 215.01 | 14329.13 |
| OASDI (1412.43) | 87.57 | 5599.41 |
| Medicare (1412.43) | 20.48 | 1309.56 |
| PA (SM/0) (1412.43) | 43.36 | 2772.64 |
| PA EE SUI(90312.90) | 0.85 | 54.20 |
| Philadelphia Non-Res.(302.75) | 10.44 | 665.32 |
| Warrington Res-Bucks(1109.68 | 11.10 | 707.47 |
| Warrington LST(1412.43) | 1.00 | 48.00 |
| Checking1-Net Pay | 1006.80 | 63674.43 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 660.00 |

Total Earnings
**NET PAY**    Total Direct Deposits    Total Deductions
Check Amount

**The Penn City Elevator Co. Inc**

Citizens Bank

03-7615
0360

Check Date 10/30/2019     Check Number  Memo

$************

Pay  ******************************

To the Order of:
1    50              0067   -99987833
**Andrew G Olson Jr**           NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**                          **The Penn City Elevator Co. Inc**

| | | |
|---|---|---|
| Company 1361 | Period Begin 10/20/2019 | Division |
| Number 0067 | Period End 10/26/2019 | Branch 1 |
| Social Security # | Check Date 10/30/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987833 | Team |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| | | | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Welfnd | 0.82 | 47.93 |

| | | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 23.50 | 1412.43 | 90312.90 | Total Deductions | 1412.43 | 88745.87 |
| **NET PAY** | | 1006.80 | **Total Direct Deposits** | | 1006.80 | **Check Amount** | 0.00 | 1567.03 |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank    03-7615 / 0360

Check Date 10/23/2019    Check Number Memo

Pay    No Dollars and No Cents    $************

To the Order of:    1    50    0067    -99987890

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

PAY ONLY ZERO CTS CTS
NON NEGOTIABLE
VOID
Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**    Payroll Account 1235 Hamilton Street, Philadelphia, PA 19123

| | | |
|---|---|---|
| Company 1361 | Period Begin 10/13/2019 | Division |
| Number 0067 | Period End 10/19/2019 | Branch 1 |
| Social Security # | Check Date 10/23/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987890 | Team |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 1.50 | 86.33 | 17560.30 |
| Reg Out Phila | | 57.55 | 17.50 | 1007.13 | 63187.74 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2201.30 |
| Zone($) In Phila | | | | | 457.50 |
| Zone($) Out Phila | | 57.55 | 0.00 | 60.00 | 2594.50 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1153.46) | 158.04 | 13700.52 |
| OASDI (1153.46) | 71.51 | 5371.52 |
| Medicare (1153.46) | 16.73 | 1256.26 |
| PA (SM/0) (1153.46) | 35.41 | 2659.80 |
| PA EE SUI(86637.27) | 0.69 | 51.99 |
| Philadelphia Non-Res.(86.33) | 2.98 | 633.81 |
| Warrington Res-Bucks(1067.13) | 10.67 | 679.85 |
| Warrington LST(1153.46) | 1.00 | 46.00 |
| Checking1-Net Pay | 840.76 | 62667.63 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 645.00 |

| Total Earnings | | Total Deductions | |
| **NET PAY** | Total Direct Deposits | **Check Amount** | |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank    03-7615
                0360

Check Date 10/16/2019    Check Number Memo

Pay  No Dollars and No Cents    $************

To the Order of:
  1   50
**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

0067  -99987913
PAY ONLY 0 00 ZERO CTS CTS
NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**         **The Penn City Elevator Co. Inc**    Payroll Account 1235 Hamilton Street
                                                                     Philadelphia, PA 19123

| Company | Period Begin | Division |
|---|---|---|
| 1361 | 10/6/2019 |  |
| Number | Period End | Branch |
| 0067 | 10/12/2019 | 1 |
| Social Security # | Check Date | Department |
|  | 10/16/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987913 |  |

**Earnings**                                                                           **Deductions**

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date | Description | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Reg In Phila |  | 57.55 | 11.00 | 633.05 | 17473.97 | Fed (S/0) (1571.30) | 249.96 | 13542.48 |
| Reg Out Phila |  | 57.55 | 15.00 | 863.25 | 62180.61 | OASDI (1571.30) | 97.42 | 5300.01 |
| OT In Phila |  |  |  |  | 635.93 | Medicare (1571.30) | 22.78 | 1239.53 |
| OT Out Phila |  |  |  |  | 2201.30 | PA (SM/0) (1571.30) | 48.24 | 2624.39 |
| Zone($) In Phila |  | 57.55 | 0.00 | 30.00 | 457.50 | PA EE SUI(85483.81) | 0.94 | 51.30 |
| Zone($) Out Phila |  | 57.55 | 0.00 | 45.00 | 2534.50 | Philadelphia Non-Res.(663.05) | 22.86 | 630.83 |
|  |  |  |  |  |  | Warrington Res-Bucks(908.25) | 9.08 | 669.18 |
|  |  |  |  |  |  | Warrington LST(1571.30) | 1.00 | 45.00 |
|  |  |  |  |  |  | Checking1-Net Pay | 1103.11 | 61826.87 |
|  |  |  |  |  |  | Misc |  | -1122.22 |
|  |  |  |  |  |  | Vehicle Ded | 15.00 | 630.00 |
| **Total Earnings** |  |  |  |  |  | **Total Deductions** |  |  |
| **NET PAY** |  |  | **Total Direct Deposits** |  |  | **Check Amount** |  |  |

**The Penn City Elevator Co. Inc**

Citizens Bank  
03-7615  
0360

Check Date **10/16/2019**    Check Number  Memo

$************

Pay ********************************

To the Order of:  
1    50    0067    -99987913  
**Andrew G Olson Jr**    NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**    **The Penn City Elevator Co. Inc**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 1361 | 10/6/2019 | |
| Number | Period End | Branch |
| 0067 | 10/12/2019 | 1 |
| Social Security # | Check Date | Department |
| | 10/16/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987913 | |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| | | | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Welfnd | 0.91 | 46.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Earnings | | | 26:00 | 1571.30 | 85483.81 | Total Deductions | 1571.30 | 85483.81 |
| NET PAY | | 1103.11 | Total Direct Deposits | | 1103.11 | Check Amount | 0.00 | 0.00 |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank    03-7615 / 0360

Check Date 10/9/2019    Check Number Memo

Pay    No Dollars and No Cents    $************

To the Order of:    1    50    0067    -99987937    ▶ PAY ONLY 0 ZERO 00 CTS CTS

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

NON NEGOTIABLE

Authorized Signature

VOID

---

**Andrew G Olson Jr**

| Company | Period Begin | Division |
| --- | --- | --- |
| 1361 | 9/29/2019 | |
| Number | Period End | Branch |
| 0067 | 10/5/2019 | 1 |
| Social Security # | Check Date | Department |
| | 10/9/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987937 | |

**The Penn City Elevator Co. Inc**

Payroll Account 1235 Hamilton Street
Philadelphia, PA 19123

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
| --- | --- | --- | --- | --- | --- |
| Reg In Phila | | 57.55 | 4.00 | 230.20 | 16840.92 |
| Reg Out Phila | | 57.55 | 24.50 | 1409.98 | 61317.36 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2201.30 |
| Zone($) In Phila | | | | | 427.50 |
| Zone($) Out Phila | | 57.55 | 0.00 | 75.00 | 2489.50 |

### Deductions

| Description | Current | Year To Date |
| --- | --- | --- |
| Fed (S/0) (1715.18) | 282.08 | 13292.52 |
| OASDI (1715.18) | 106.34 | 5202.59 |
| Medicare (1715.18) | 24.87 | 1216.75 |
| PA (SM/0) (1715.18) | 52.66 | 2576.15 |
| PA EE SUI(83912.51) | 1.03 | 50.36 |
| Philadelphia Non-Res.(230.20) | 7.94 | 607.97 |
| Warrington Res-Bucks(1484.98) | 14.85 | 660.10 |
| Warrington LST(1715.18) | 1.00 | 44.00 |
| Checking1-Net Pay | 1208.41 | 60723.76 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 615.00 |

| Total Earnings | | Total Deductions | |
| --- | --- | --- | --- |
| **NET PAY** | Total Direct Deposits | **Check Amount** | |

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank
03-7615
0360

Check Date 10/2/2019      Check Number Memo

$************

Pay  No Dollars and No Cents

To the Order of:
1    50

0067   -99987960

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

NON NEGOTIABLE

PAY ONLY ZERO CTS CTS

Authorized Signature

---

**Andrew G Olson Jr**

| Company | Period Begin | Division |
|---|---|---|
| 1361 | 9/22/2019 | |
| Number | Period End | Branch |
| 0067 | 9/28/2019 | 1 |
| Social Security # | Check Date | Department |
| | 10/2/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99987960 | |

**The Penn City Elevator Co. Inc**

Payroll Account 1235 Hamilton Street
Philadelphia, PA 19123

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 9.50 | 546.73 | 16610.72 |
| Reg Out Phila | | 57.55 | 25.00 | 1438.75 | 59907.38 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2201.30 |
| Zone($) In Phila | | 57.55 | 0.00 | 15.00 | 427.50 |
| Zone($) Out Phila | | 57.55 | 0.00 | 60.00 | 2414.50 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0)  (2060.48) | 364.95 | 13010.44 |
| OASDI (2060.48) | 127.75 | 5096.25 |
| Medicare (2060.48) | 29.88 | 1191.88 |
| PA (SM/0)  (2060.48) | 63.26 | 2523.49 |
| PA EE SUI(82197.33) | 1.24 | 49.33 |
| Philadelphia Non-Res.(561.73) | 19.37 | 600.03 |
| Warrington Res-Bucks(1498.78 | 14.99 | 645.25 |
| Warrington LST(2060.48) | 1.00 | 43.00 |
| Checking1-Net Pay | 1421.83 | 59515.35 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 600.00 |

Total Earnings                    Total Deductions
**NET PAY**        Total Direct Deposits        **Check Amount**

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank
03-7615
0360

Check Date 9/25/2019          Check Number Memo

Pay   No Dollars and No Cents

$ * * * * * * * * * * * *

To the Order of:
1   50           0067  -99987986      PAY ONLY 0 ZERO 00 CTSCTS

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**       The Penn City Elevator Co. Inc        Payroll Account 1235 Hamilton Street
                                                                   Philadelphia, PA 19123

| | | |
|---|---|---|
| Company 1361 | Period Begin 9/15/2019 | Division |
| Number 0067 | Period End 9/21/2019 | Branch 1 |
| Social Security # | Check Date 9/25/2019 | Department 50 |
| Hire Date 1/1/1990 | Check Number -99987986 | Team |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 12.00 | 690.60 | 16063.99 |
| Reg Out Phila | | 57.55 | 20.00 | 1151.00 | 58468.63 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | | | | 2201.30 |
| Zone($) In Phila | | 57.55 | 0.00 | 30.00 | 412.50 |
| Zone($) Out Phila | | 57.55 | 0.00 | 45.00 | 2354.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1916.60) | 330.42 | 12645.49 |
| OASDI (1916.60) | 118.83 | 4968.50 |
| Medicare (1916.60) | 27.79 | 1162.00 |
| PA (SM/0) (1916.60) | 58.84 | 2460.23 |
| PA EE SUI(80136.85) | 1.15 | 48.09 |
| Philadelphia Non-Res.(720.60) | 24.84 | 580.66 |
| Warrington Res-Bucks(1196.00) | 11.96 | 630.26 |
| Warrington LST(1916.60) | 1.00 | 42.00 |
| Checking1-Net Pay | 1325.65 | 58093.52 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 585.00 |

Total Earnings                              Total Deductions
**NET PAY**       Total Direct Deposits     **Check Amount**