**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank  03-7615/0360

Check Date 9/11/2019      Check Number Memo

Pay  **No Dollars and No Cents**      $************

To the Order of:
1    50        0067  -99988032
**Andrew G Olson Jr**            NON NEGOTIABLE
1372 Folly Road
Warrington, PA 18976

Authorized Signature

---

**Andrew G Olson Jr**                **The Penn City Elevator Co. Inc**      Payroll Account 1235 Hamilton Street
                                                                              Philadelphia, PA 19123

| Company | Period Begin | Division |
|---|---|---|
| 1361 | 9/1/2019 |  |
| Number | Period End | Branch |
| 0067 | 9/7/2019 | 1 |
| Social Security # | Check Date | Department |
|  | 9/11/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99988032 |  |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila |  | 57.55 | 7.00 | 402.85 | 15056.86 |
| Reg Out Phila |  | 57.55 | 25.50 | 1467.53 | 56051.53 |
| OT In Phila |  |  |  |  | 635.93 |
| OT Out Phila |  | 97.84 | 6.00 | 587.01 | 2005.63 |
| Zone($) In Phila |  | 57.55 | 0.00 | 15.00 | 382.50 |
| Zone($) Out Phila |  | 57.55 | 0.00 | 45.00 | 2234.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (2517.39) | 474.61 | 11999.85 |
| OASDI (2517.39) | 156.08 | 4734.77 |
| Medicare (2517.39) | 36.50 | 1107.34 |
| PA (SM/0) (2517.39) | 77.28 | 2344.49 |
| PA EE SUI(76366.95) | 1.51 | 45.83 |
| Philadelphia Non-Res.(417.85) | 14.41 | 544.91 |
| Warrington Res-Bucks(2099.54 | 21.00 | 602.93 |
| Warrington LST(2517.39) | 1.00 | 40.00 |
| Checking1-Net Pay | 1718.65 | 55472.88 |
| Misc |  | -1122.22 |
| Vehicle Ded | 15.00 | 555.00 |

Total Earnings                Total Deductions
**NET PAY**      Total Direct Deposits      **Check Amount**

**The Penn City Elevator Co. Inc**
Payroll Account
1235 Hamilton Street
Philadelphia, PA 19123

Citizens Bank
03-7615
0360

Check Date 9/18/2019         Check Number Memo

Pay  No Dollars and No Cents

$************

To the Order of:
1    50        0067   -99988009

**Andrew G Olson Jr**
1372 Folly Road
Warrington, PA 18976

PAY ONLY ZERO CTS CTS 00
NON NEGOTIABLE

Authorized Signature

---

**Andrew G Olson Jr**                    **The Penn City Elevator Co. Inc**         Payroll Account 1235 Hamilton Street
                                                                                    Philadelphia, PA 19123

| Company | Period Begin | Division |
|---|---|---|
| 1361 | 9/8/2019 | |
| Number | Period End | Branch |
| 0067 | 9/14/2019 | 1 |
| Social Security # | Check Date | Department |
| | 9/18/2019 | 50 |
| Hire Date | Check Number | Team |
| 1/1/1990 | -99988009 | |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Reg In Phila | | 57.55 | 5.50 | 316.53 | 15373.39 |
| Reg Out Phila | | 57.55 | 22.00 | 1266.10 | 57317.63 |
| OT In Phila | | | | | 635.93 |
| OT Out Phila | | 97.84 | 2.00 | 195.67 | 2201.30 |
| Zone($) In Phila | | | | | 382.50 |
| Zone($) Out Phila | | 57.55 | 0.00 | 75.00 | 2309.50 |
| **Total Earnings** | | | | | |
| **NET PAY** | | **Total Direct Deposits** | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1853.30) | 315.22 | 12315.07 |
| OASDI (1853.30) | 114.90 | 4849.67 |
| Medicare (1853.30) | 26.87 | 1134.21 |
| PA (SM/0) (1853.30) | 56.90 | 2401.39 |
| PA EE SUI(78220.25) | 1.11 | 46.94 |
| Philadelphia Non-Res.(316.53) | 10.91 | 555.82 |
| Warrington Res-Bucks(1536.77) | 15.37 | 618.30 |
| Warrington LST(1853.30) | 1.00 | 41.00 |
| Checking1-Net Pay | 1294.99 | 56767.87 |
| Misc | | -1122.22 |
| Vehicle Ded | 15.00 | 570.00 |
| **Total Deductions** | | |
| **Check Amount** | | |