United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-17036-amc
Andrew G. Olson, Jr.                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett         Page 1 of 1              Date Rcvd: Aug 11, 2020
                             Form ID: 155            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db             +Andrew G. Olson, Jr.,    1372 Folly Road,    Warrington, PA 18976-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              CHANDRA M. ARKEMA    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-GS4
               carkema@squirelaw.com,   vcosme@squirelaw.com,jberry@squirelaw.com
              PAUL H. YOUNG    on behalf of Debtor Andrew G. Olson, Jr. support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION bkgroup@kmllawgroup.com
              SARAH K. MCCAFFERY    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-GS4
               bankruptcy@powerskirn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrew G. Olson, Jr.
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−17036−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 11th day of August, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

41 – 36
Form 155