# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ANDREW G. OLSON, JR. | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 19-17036 |

## CERTIFICATION OF NO RESPONSE AND
## CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES

    I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1.    On July 20, 2020, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2.    I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

Respectfully submitted,

/s/ Paul H. Young  
Paul H. Young, Esquire  
Young, Marr & Associates  
3554 Hulmeville Road  
Suite 102  
Bensalem, PA   19020  
Phone:   (215) 639-5297  
Fax:        (215) 639-1344  
support@ymalaw.com