Certificate Number: 03621-PAE-DE-035792443

Bankruptcy Case Number: 19-17036



03621-PAE-DE-035792443

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 28, 2021, at 10:41 o'clock AM EDT, Andrew Olson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 28, 2021

By:  /s/Bill Sheehan

Name:  Bill Sheehan

Title:  Counselor